IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:06CR3187 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KAYLA M. TOBEY, | ) | |
| | ) | |
| Defendant. | ) | |

On the unopposed oral motion of the plaintiff,

IT IS ORDERED that:

(1) The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filings 85 and 87) has been rescheduled before the undersigned United States district judge to Friday, December 21, 2012, at 12:00 noon, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(2) At the request of the defendant through her counsel, the defendant will participate in the hearing by telephone.

Dated November 29, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge